791 A.2d 1176

Barbara J. ERNSBERGER, Appellant

v.

ALLEGHENY 2000 CITIZENS COMMITTEE, INC., Brabender Cox Political Inc., David Matter, John Brabender, John Verbanac and James Turner, Appellees.

Supreme Court of Pennsylvania.

Argued March 4, 2002.

Decided March 22, 2002.

Michael Rosenfield, Pittsburgh, for appellant, Barbara J. Ernsberger.

Perry Anthony Napolitano, Pittsburgh, for appellee, Allegheny 2000 Citizens Committee, Inc.

Heather S. Heidelbaugh, Eugene A. Giotto, Joseph Sabino Mistick, Pittsburgh, for appellee, David Matter.

Timothy Joseph Burdette, Pittsburgh, for appellee, James Turner.

Albert P. Caruso, Pittsburgh, for appellees, Brabender Cox Political, John Brabender and John Verbanac.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.